IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN DAVID SNYDER | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations: 18 U.S.C. §§ 2423(b), 2423(c), 2423(f), 2252A(a)(5)(B), and 2252A(b)(2) |

COUNT ONE

**Travel with Intent to Engage in Illicit Sexual Conduct**

The Grand Jury Charges:

From in or about 2018 to on or about November 26, 2024, in the District of North Dakota, the Kingdom of Thailand, and elsewhere,

SEAN DAVID SNYDER,

a United States citizen, during a continuous course of conduct, did travel in interstate and foreign commerce from the United States, that is, North Dakota, to Phuket, Thailand, with the intent to engage in, and attempting to engage in, any illicit sexual conduct with another person, to wit, a sexual act, as defined in Title 18, United States Code, Section 2246, with MINOR VICTIM #1 (Y.O.B. 2012), a person under 18 years of age, that would be a violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, namely:

- Aggravated Sexual Abuse with a Child, in violation of Title 18, United States Code, Section 2241(c); and

- Sexual Abuse, in violation of Title 18, United States Code, Section 2242(3);

  In violation of Title 18, United States Code, Sections 2423(b) and 2423(f).

COUNT TWO

**Travel with Intent to Engage in Illicit Sexual Conduct**

The Grand Jury Further Charges:

From in or about November 27, 2024, to on or about August 15, 2025, in the District of North Dakota, the Kingdom of Thailand, and elsewhere,

SEAN DAVID SNYDER,

a United States citizen, during a continuous course of conduct, did travel in interstate and foreign commerce from the United States, that is, North Dakota, to Phuket, Thailand, with the intent to engage in, and attempting to engage in, any illicit sexual conduct with another person, to wit, a sexual act, as defined in Title 18, United States Code, Section 2246, with MINOR VICTIM #1 (Y.O.B. 2012), a person under 18 years of age, that would be a violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, namely:

- Sexual Abuse, in violation of Title 18, United States Code, Section 2242(3); and

- Sexual Abuse of a Minor, in violation of Title 18, United States Code, Section 2243(a).

In violation of Title 18, United States Code, Sections 2423(b) and 2423(f).

2

COUNT THREE

**Travel with Intent to Engage in Illicit Sexual Conduct**

The Grand Jury Further Charges:

From in or about 2023 to on or about August 15, 2025, in the District of North Dakota, the Kingdom of Thailand, and elsewhere,

SEAN DAVID SNYDER,

a United States citizen, during a continuous course of conduct, did travel in interstate and foreign commerce from the United States, that is, North Dakota, to Phuket, Thailand, with the intent to engage in, and attempting to engage in, any illicit sexual conduct with another person, to wit, a sexual act, as defined in Title 18, United States Code, Section 2246, with MINOR VICTIM #2 (Y.O.B. 2016), a person under 18 years of age, that would be a violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, namely:

- Aggravated Sexual Abuse with a Child, in violation of Title 18, United States Code, Section 2241(c); and

- Sexual Abuse, in violation of Title 18, United States Code, Section 2242(3);

    In violation of Title 18, United States Code, Sections 2423(b) and 2423(f).

COUNT FOUR

**Engaging in Illicit Sexual Conduct in Foreign Places**

The Grand Jury Further Charges:

From in or about 2018 to on or about November 26, 2024, in the District of North Dakota, the Kingdom of Thailand, and elsewhere,

SEAN DAVID SNYDER,

a United States citizen, during a continuous course of conduct, did travel in foreign commerce from the United States, that is, North Dakota, to Phuket, Thailand, and resided temporarily in Phuket, Thailand, and engaged in, and attempted to engage in, any illicit sexual conduct with another person to wit, a sexual act, as defined in Title 18, United States Code, Section 2246, with MINOR VICTIM #1 (Y.O.B. 2012), a person under 18 years of age, that would be a violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, namely:

- Aggravated Sexual Abuse with a Child, in violation of Title 18, United States Code, Section 2241(c); and

- Sexual Abuse, in violation of Title 18, United States Code, Section 2242(3);

  In violation of Title 18, United States Code, Sections 2423(c) and 2423(f).

4

COUNT FIVE

**Engaging in Illicit Sexual Conduct in Foreign Places**

The Grand Jury Further Charges:

From in or about November 27, 2024, to on or about August 15, 2025, in the District of North Dakota, the Kingdom of Thailand, and elsewhere,

SEAN DAVID SNYDER,

a United States citizen, during a continuous course of conduct, did travel in foreign commerce from the United States, that is, North Dakota, to Phuket, Thailand, and resided temporarily in Phuket, Thailand, and engaged in, and attempted to engage in, any illicit sexual conduct with another person to wit, a sexual act, as defined in Title 18, United States Code, Section 2246, with MINOR VICTIM #1 (Y.O.B. 2012), a person under 18 years of age, that would be a violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, namely:

- Sexual Abuse, in violation of Title 18, United States Code, Section 2242(3); and

- Sexual Abuse of a Minor, in violation of Title 18, United States Code, Section 2243(a);

In violation of Title 18, United States Code, Sections 2423(c) and 2423(f).

## COUNT SIX

### Engaging in Illicit Sexual Conduct in Foreign Places

The Grand Jury Further Charges:

From in or about 2023 to on or about August 15, 2025, in the District of North Dakota, the Kingdom of Thailand, and elsewhere,

SEAN DAVID SNYDER,

a United States citizen, during a continuous course of conduct, did travel in foreign commerce from the United States, that is, North Dakota, to Phuket, Thailand, and resided temporarily in Phuket, Thailand, and engaged in, and attempted to engage in, any illicit sexual conduct with another person to wit, a sexual act, as defined in Title 18, United States Code, Section 2246, with MINOR VICTIM #2 (Y.O.B. 2016), a person under 18 years of age, that would be a violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, namely:

- Aggravated Sexual Abuse with a Child, in violation of Title 18, United States Code, Section 2241(c); and

- Sexual Abuse, in violation of Title 18, United States Code, Section 2242(3);

  In violation of Title 18, United States Code, Sections 2423(c) and 2423(f).

## COUNT SEVEN

### Possession of Materials Containing Child Pornography

The Grand Jury Further Charges:

From a date unknown until on or about October 30, 2025, in the District of North Dakota,

SEAN DAVID SNYDER,

did knowingly possess any material, namely, a Gray/Black Vivo V2202 Smartphone (IMEI: 869384067889475) in a green cellphone case, that contained an image and video of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor, and a minor who had not attained 12 years of age, and which material had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

FORFEITURE NOTICE

Upon conviction of violating Title 18, United States Code, Section 2252A as charged in Count Seven of this Indictment,

SEAN DAVID SNYDER,

shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, and received in violation thereof and any and all property used and intended to be used in any manner and part to commit and to promote the commission of such violations, including, but not limited to, the following:

- One Gray/Black Vivo V2202 Smartphone (IMEI: 869384067889475) in a green cellphone case (as pictured below);



By virtue of the commission of one or more of the felony offenses as charged in this Indictment, all right, title, and interest in the above-described property is vested in the

United States and is hereby forfeited to the United States, pursuant to Title 18, United States Code, Section 2253(a).

                                                A TRUE BILL:

                                               /s/ Foreperson_____
                                               Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

JJO/tmg