AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Sean David Snyder<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.  1:25-cr-00255 |

REC'D USMS-D/ND
2025 NOV 20 9:15

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Sean David SNYDER    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Travel with Intent to Engage in Illicit Sexual Conduct
Engaging in Illicit Sexual Conduct in Foreign Places
Possession of Materials Containing Child Pornography
Forfeiture Notice

Date:    11/20/2025

/s/ Carla Schultz
*Issuing officer's signature*

City and state:    Bismarck, North Dakota

Carla Schultz, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/20/25, and the person was arrested on *(date)* 11/21/25
at *(city and state)* Bismarck ND.

Date: 11/21/25

[signature]
*Arresting officer's signature*

Dusm Shafer Deuvon
*Printed name and title*