## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Sean David Snyder, | ) | Case No.: 1:25-cr-255 |
| | ) | |
| Defendant. | ) | |

On December 3, 2025, the court issued an order appointing counsel to represent Defendant in this matter as well as an order requiring payment of available private finds by Defendant to contribute to the cost of his defense. (Doc. Nos. 22 and 23).

Defendant subsequently retained counsel and his court-appointed counsel with authorized to withdraw. (Doc. No. 37). Consequently, the court **VACATES** its order requiring payment of available private funds by Defendant (Doc. No. 23).

**IT IS SO ORDERED.**

Dated this 15th day of December, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court