**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:25-cr-255 |
| Sean David Snyder, | ) | |
| | ) | |
| Defendant. | ) | |

---

On August 5, 2026, the Court granted Defendant's retained counsel leave to withdraw. (Doc. No. 91). The Court subsequently gave Defendant a deadline of September 16, 2026, to retain new counsel or otherwise request that new counsel be appointed for him. (Doc. No. 101).

Defendant has yet to retain new counsel or otherwise request court-appointed counsel. Consequently, on September 21, 2026, the United States filed a motion requesting conference with the Court to discuss the status of Defendant's effort to retain new counsel. (Doc. No. 103). The undersigned **GRANTS** the United States's motion. (Doc. No. 103). The undersigned shall schedule a status conference with the parties by telephone on September 28, 2026, at 1:30 PM by telephone to address Defendant's legal representation.

**IT IS SO ORDERED.**

Dated this 22nd day of September, 2026

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court